UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH C. DELAY,<br>Petitioner | CIVIL ACTION NO. 1:14-CV-3422;<br>SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| T.G. WERLICH, ET AL.,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Petitioner's request for reconsideration of the Court's judgment be construed as a motion pursuant to Rule 60 and DENIED as untimely.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 29th day of August, 2016.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE